UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-306-T-33MAP

HERIBERTO DE LA CRUZ
_____/

## REPORT AND RECOMMENDATION

The Defendant seeks *in forma pauperis* status and a certificate of appealability so he can appeal the district judge's denial of his 28 U.S.C. 2255(f)(3) motion asking for a retroactive minor-role reduction under U.S.S.G. § 3B1.2 grounded on a post-sentencing clarifying amendment (Amendment 794). *See* docs. 158, 159, 160, 162. Having considered the matter, I recommend both motions (docs. 160, 162) be denied.[1] Clarifying amendments are non-constitutional gloss for which collateral relief is unavailable. *See* 28 U.S.C. § 2253(c)(2) (collateral-relief applicant must make "substantial showing of the denial of a constitutional right"); *Burke v. United States*, 152 F.3d 1329, 1332 (11th Cir. 1998). Amendment 794 is just that. *United States v. Cruickshank*, 837 F.3d 1182, 1194 (11th Cir. 2016) ("Amendment 794 merely clarified the factors to consider for a minor-role adjustment, and did not substantively change § 31B.2 (*sic.*)").

IT IS SO REPORTED AND RECOMMENDED at Tampa, Florida on January 5,

---

[1] Although doc. 160 is styled as a notice of appeal, I read the document to also move for a certificate of appealability.

2017.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.