```
         UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF FLORIDA
                TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                   Case No. 8:12-cr-306-T-33MAP

HERIBERTO DE LA CRUZ
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 175), filed on January 5, 2017, recommending that Defendant's request to proceed *in forma pauperis* on appeal, as articulated in his Notice of Appeal (Doc. # 160) and Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Doc. # 162), be denied.

Defendant failed to file an objection to the Report and Recommendation, and the deadline for filing an objection has now expired.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no

requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 175) is **ACCEPTED** and **ADOPTED.**

(2) Defendant's request for Leave to Proceed *in forma pauperis* on Appeal (Doc. # 162) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>24th</u> day of January, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE